IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

CLARENCE S. FITZGERALD,

    Petitioner,

vs.                                        CASE NO.  5:06cv44-SPM/MD

JOSE BARRON, JR.,

    Respondent.
_____/

## **ORDER**

THIS CAUSE comes for consideration upon the magistrate judge's report and recommendation dated July 18, 2006 (doc. 12). Petitioner has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed. Having considered the report and recommendation, I have determined that the report and recommendation should be adopted.

Accordingly, it is hereby ORDERED as follows:

1.    The magistrate judge's report and recommendation (doc. 12) is ADOPTED and incorporated by reference in this order.

2.    The § 2241 habeas petition (doc. 1) is denied, and the clerk shall

close this case.

DONE AND ORDERED this 17th day of August, 2006.

*s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge